

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

August 20, 2024

*Via ECF*
Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

> Application granted. The settlement conference scheduled for August 30, 2024 is adjourned.
>
> Date: 8/21/24
> New York, NY
>
> SO ORDERED
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re:   **Medina et al v. 7 Washington Lane Corp. et al**
       Case No.: 23-CV- 09945

Dear Judge Tarnofsky:

The parties in the above-referenced matter jointly write this letter to advise the Court that an Offer of Judgment has been accepted in this matter with respect to Plaintiff's claims arising under the Fair Labor Standards Act and New York Labor Law, and the parties are finalizing settlement discussion as to his discrimination and retaliation claims.

Therefore, the parties respectfully request that the Court cancel the parties' August 30, 2024, settlement conference, note their accepted judgment in the docket, and grant an additional 60 days from today's date for the parties to finalize the settlement process with respect to the discrimination and retaliation claims.

Counsel for Plaintiff and Defendants thank Your Honor for Your consideration of this request.

Respectfully Submitted,

 /s/Alexander Zugaro
**PHILLIPS & ASSOCIATES, PLLC**
*Attorneys for Plaintiff*
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431

Cc: Vivianna Alexandra Morales, Esq., *Counsel for Defendants*