UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| RAFAEL MEDINA, | 23-cv-09945 (LJL) |
| Plaintiff, | |
| -against- | ~~(Proposed)~~ JUDGMENT |
| 7 WASHINGTON LANE CORP. D/B/A ARIA HELL'S KITCHEN, BRICIOLA CORP D/B/A BRICIOLA, and LUIS CANAR, individually, | |
| Defendants | |

------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on August 20, 2024; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs Rafael Medina and against Defendants 7 Washington Lane Corp. D/B/A Aria Hell's Kitchen, Briciola Corp D/B/A Briciola, and Luis Canar, jointly and severally, in the amount of $1,750, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's Wage and Hour Claims as alleged in Counts Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, and Sixteen.

Dated: __New York__, New York          So Ordered:
       ____August 23____, 2024

                                        _____
                                        District Judge Lewis J. Liman